UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier HARO BECERRA,<br><br>        Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>        Respondents. | Case No.: 26-cv-0878-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

  Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 3, at 1.) The Court agrees. Accordingly, the habeas petition is **GRANTED**, and all hearings and pending deadlines are vacated.

  Respondents must provide petitioner with a bond hearing before an immigration judge by **March 4, 2026**.

Dated:  February 18, 2026

                 _____
                 Hon. Andrew G. Schopler
                 United States District Judge